IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN CAMMISA, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | NO. 1:21-cv-12548-RMB-SAK |
| v. : | |
| : | |
| LIFE INSURANCE COMPANY : | |
| OF NORTH AMERICA, : | |
| : | |
| Defendant. : | |

**CIVIL ACTION – CONSENT ORDER OF DISMISSAL**

**THIS MATTER** having been opened to the Court upon the joint application of the Law Offices of Eric A. Shore, P.C., attorneys for Plaintiff, Susan Cammisa, and Saul Ewing Arnstein & Lehr, LLP, attorneys for Defendant, Life Insurance Company of North America, and the Court having been apprised that the parties hereto have reached a full and final resolution and settlement of this civil action and having been further apprised that the parties desire to dismiss with prejudice and this civil action, however, providing for the retention of jurisdiction for the purpose of enforcing the settlement, if necessary, and the Court having reviewed and considered all pleadings and proceedings in this matter to date, and good cause having existed for the entry of the within Order;

**IT IS ON THIS** 28th day of July, 2021;

**ORDERED** that this civil action be and the same hereby is dismissed with prejudice and without attorneys' fees or costs assigned to the parties.

_____
HON. RENEE MARIE BUMB, U.S.D.J.

The undersigned hereby consent to the form, content and entry of the within Order of Dismissal:

LAW OFFICES OF ERIC A. SHORE, P.C.  
Attorneys for Plaintiff,  
Susan Cammisa

SAUL EWING ARNSTEIN & LEHR, LLP  
Attorneys for Defendant,  
Life Insurance Company of North America

By: _s/ Linda M. Lopez_____  
    Linda M. Lopez, Esq.

By: _s/Caitlin P. Strauss_____  
    Caitlin P. Strauss, Esq.